### UNITED STATES v. AMERICAN EXPRESS CO.

(Circuit Court of Appeals, Second Circuit.   March 13, 1905.)

CUSTOMS DUTIES—CLASSIFICATION—SOAP PENCILS.
   So-called soap pencils, for cleaning spectacle and eyeglass lenses, in which soap is the material of chief value, are dutiable as nonenumerated manufactured articles under section 6 of the tariff act of July 24, 1897, c. 11, 30 Stat. 205 [U. S. Comp. St. 1901, p. 1693], and not as pencils under paragraph 456 (chapter 11, § 1, Schedule N, 30 Stat. 194 [U. S. Comp. St. 1901, p. 1678]).

Appeal from the Circuit Court of the United States for the Southern District of New York.

For opinion below, which affirmed the decision of the Board of General Appraisers (G. A. 5,528; T. D. 24,881), see 131 Fed. 656.

Charles Duane Baker, Asst. U. S. Atty.
Howard T. Walden, for appellee.

Before LACOMBE and COXE, Circuit Judges.

PER CURIAM. We deem it unnecessary to add anything to the opinions of the board and of the Circuit Court upon the questions therein discussed.

The argument is now advanced, apparently for the first time, that the merchandise in question should have been assessed for duty under paragraph 456 of the act of July 24, 1897, c. 11, § 1, Schedule N, 30 Stat. 194 [U. S. Comp. St. 1901, p. 1678], which relates to "pencils of paper or wood, filled with lead or other material, and pencils of lead," etc. In our judgment, this contention is not well founded. Though called "soap pencils," the imported articles are intended for cleaning spectacle and eyeglass lenses, and do not belong to the class of writing or marking pencils manifestly referred to in paragraph 456.

The decision is affirmed.